In the Matter of NEW YORK CITY ASBESTOS LITIGATION. ELIZABETH HOLDAMPF et al., Respondents, v A.C. & S., INC., et al., Defendants, and PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant.

Submitted March 28, 2005; decided March 31, 2005

Motion by Coalition for Litigation Justice Inc. et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief may be served and 20 copies filed within 20 days.